# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>        Plaintiff,<br><br>   v.<br><br>D.D. REEVES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01464-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER |

Plaintiff Armando Abreu ("plaintiff") is a state prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 7, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 7, 2008, is adopted in full; and
2. This action is dismissed, without prejudice, in its entirety based on plaintiff's failure to obey the court's order of February 19, 2008.

IT IS SO ORDERED.

**Dated:   June 10, 2008**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE